1 **JODY STEINBERG, SBN 144564**
**TRACY LUU, SBN 281165**
2 **HANGER, STEINBERG, SHAPIRO & ASH**
**A Law Corporation**
3 **21031 Ventura Blvd., Suite 800**
**Woodland Hills, CA 91364-6512**
4 **(818)226-1222 Fax (818)226-1215**

JS-6

Attorneys for Defendants
WONDERLAND BAKERY, INC.; WONDERLAND ENCHANTED BAKERY AT THE GROVE, INC.;
SONDRA AMES and ALLYSON AMES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE NO. 2:11-cv-09515-ODW |
| WONDERLAND ENCHANTED BAKERY AT THE GROVE, INC. | BANKRUPTCY NO: 2:11-bk-13330 ER |
| Debtor | CHAPTER 7 |
| PETER ADDERTON, an individual, FRED GOLDRING, an individual; and WONDERLAND PARTNERS LLC, a Delaware limited liability company, | **ORDER FOR DISMISSAL** |
| Plaintiffs, | |
| vs. | |
| WONDERLAND BAKERY, INC., a Nevada corporation; WONDERLAND ENCHANTED BAKERY AT THE GROVE, INC., a Nevada corporation; SONDRA AMES, an individual; ALLYSON AMES, an individual; and Does 1 through 20, inclusive, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | |

COMES NOW for consideration of the Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41 (a) of all claims and counterclaims asserted

between the Plaintiffs Peter Adderton, Fred Goldring and Wonderland Partners, LLC and the Defendants Sondra Ames, Allyson Ames, Wonderland Bakery, Inc., and Sam Leslie as Bankruptcy Trustee for Wonderland Enchanted Bakery at the Grove, Inc., in this case, and the Court being of the opinion that said dismissal should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and counter-claims asserted in this suit between the parties in such action, are hereby dismissed, in its entirety with prejudice.

**APPROVED AND SO ORDERED.**

Dated: October 17, 2012

_____
HONORABLE OTIS WRIGHT, II
United States District Court Judge